1  ALAN S. BERMAN (SBN 121954)
   SCOTT M. DREYER (SBN 143912)
2  BERMAN & AIWASIAN
   725 South Figueroa Street, Suite 1050
3  Los Angeles, CA 90017
   Telephone: (213) 833-3200
4  Facsimile:  (213) 833-3230

5

   Attorneys for Plaintiff,
6  CENTURY INDEMNITY COMPANY,
   as successor to CCI Insurance
7  Company, as successor to Insurance
   Company Of North America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
    CENTURY INDEMNITY COMPANY,        )  Case No.: C04-02286 PVT
13                                    )
                  Plaintiff,          )
14                                    )  STIPULATION OF DISMISSAL WITHOUT
                                      )  PREJUDICE; AND [PROPOSED]
15          v.                        )  ORDER
                                      )
16  LIBERTY MUTUAL INSURANCE          )
    COMPANY, and DOES 1 through 30,   )
17  inclusive.                        )
                                      )
18                                    )
                  Defendants.         )
19                                    )
                                      )
20                                    )
    _____)
21

22

23

24

25

26

27

28

                                      1

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed in its entirety
3   without prejudice pursuant to FRCP 41(a)(1); each party to bear its own attorneys fees and costs
4   of suit.
5   IT IS FURTHER STIPULATED that this Court shall retain jurisdiction for purpose of
6   enforcing the parties' SETTLEMENT AGREEMENT AND RELEASE in this matter.

7
8   Dated: June 10, 2005                    _____
                                             Scott M. Dreyer, Counsel for Plaintiff,
9                                            CENTURY INDEMNITY COMPANY, as
10                                           successor to CCI Insurance Company, as successor
                                             to Insurance Company of North America
11
12
13  Dated: June 1, 2005                     _____
                                             Kevin G. McCurdy, Counsel for Defendant,
14                                           LIBERTY MUTUAL INSURANCE COMPANY
15
16  PURSUANT TO STIPULATION, IT IS SO ORDERED:
17
18  Dated:  6/13/05                          /s/ Patricia V. Trumbull
                                             United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

2